**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 25, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00285-CV**

---

**IN RE ADTRAK360, LLC, JOSEPH NATOLI, AND WILLIAM HIGGINS, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-52731**

---

## MEMORANDUM OPINION

On April 8, 2019, relators AdTrak360, LLC, Joseph Natoli, and William Higgins filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to

compel the Honorable Fredericka Phillips, presiding judge of the 61st District Court of Harris County, to grant relators' motion for leave to file an amended answer.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.